UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CABRERA, HECTOR R. § Case No. 10-42554
CABRERA, ELIZABETH §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 5/26/11 in Courtroom 250, United States Courthouse, 100 S. Third St.   *may 26, 2011*
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/28/2011     By: /s/CHARLES J. MYLER
                                 Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CABRERA, HECTOR R. § Case No. 10-42554
CABRERA, ELIZABETH §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 27,000.14 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 27,000.14 |
| **Balance on hand:** | $ 27,000.14 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9S | Harris N.A. | 240,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 27,000.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 3,450.01 | 0.00 | 3,450.01 |
| Trustee, Expenses - Charles J. Myler | 48.60 | 0.00 | 48.60 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 4,631.25 | 0.00 | 4,631.25 |

Total to be paid for chapter 7 administration expenses: $ 8,129.86
Remaining balance: $ 18,870.28

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 18,870.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 18,870.28

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 202,911.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 26,670.27 | 0.00 | 2,480.28 |
| 2 | Chase Bank USA, N.A. | 22,865.09 | 0.00 | 2,126.40 |
| 3 | Chase Bank USA, N.A. | 13,984.74 | 0.00 | 1,300.54 |
| 4 | Chase Bank USA, N.A. | 8,198.18 | 0.00 | 762.41 |
| 5 | Chase Bank USA, N.A. | 1,661.17 | 0.00 | 154.48 |
| 6 | El Encanto Products | 87,068.02 | 0.00 | 8,097.10 |
| 7 | GE Money Bank | 341.55 | 0.00 | 31.76 |
| 8 | Fia Card Services, NA/Bank of America | 12,513.99 | 0.00 | 1,163.77 |
| 9U | Harris N.A. | 29,608.72 | 0.00 | 2,753.54 |

Total to be paid for timely general unsecured claims: $ 18,870.28
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Citicorp Trust Bank | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-42554-MB
Hector R. Cabrera                                                       Chapter 7
Elizabeth Cabrera
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez                 Page 1 of 2                  Date Rcvd: Apr 28, 2011
                              Form ID: pdf006               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2011.
db/jdb     +Hector R. Cabrera,    Elizabeth Cabrera,    1016 Larkspur Court,    Popular Grove, IL 60140-9145
aty        +John E Juergensmeyer,    Juergensmeyer & Associates,    1275 Davis Road,    Elgin, IL 60123-1304
aty        +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
             Aurora, IL 60505-3338
tr         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
             Aurora, IL 60505-3338
16174300    Bank of America,    P. O. Box 15019,    Wilmington, DE  19886-5019
16174301    Cancun Riviera Maya Club Ecuestre S.A. De C.V.,    PMB 477,    444 Brickell Avenue, Suite 51,
             Miami, FL  33131-2492
16471846    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16174302    Chase Card Services,    P. O. Box 15153,    Wilmington, DE  19886-5153
16174303    Citi Cards,    P. O. Box 182564,    Columbus, OH  43218-2564
16174304    Citibank/Sears,    c/o Monarch Recovery Management, Inc.,    P. O. Box 16119,
             Philadelphia, PA  19114-0119
16897912    Citicorp Trust Bank,    P.O. Box 140489,    Irving, TX 75014-0489
16174305   +El Encanto Products,    4049 W. Ogden Avenue, Unit B,    Chicago, IL 60623-2806
16174306   +FIA Card Services,    c/o Frederick J. Hanna & Associates,    1427 Roswell Road,
             Marietta, GA 30062-3668
16174307   +Harris Bank,   CLC Servicing Dept. D,    P. O. Box 5043,    Rolling Meadows, IL 60008-5043
16174308   +Harris Bank,   c/o Jane S. Hahn,    Howard & Howard,    200 S. Michigan Ave., Suite 1100,
             Chicago, IL 60604-2461
16174309    Harris Bank N.A.,    P. O. Box 6201,    Carol Stream, IL  60197-6201
16721009   +Harris N.A.,    Howard and Howard Attorneys PLLC,    c/o Dan Rubin,
             200 S Michigan Avenue, Ste 1100,    Chicago, IL 60604-2461
16174310    Home Depot Credit Services,    P. O. Box 6925,    The Lakes, NV  88901-6925
16174311   +Horacio Rodriguez,    4049 W. Ogden Ave., Unit B,    Chicago, IL 60623-2806
16174313   +North State Communications,    P. O. Box 612,    High Point, NC 27261-0612
16174314    Sears Credit Cards,    P. O. Box 183082,    Columbus, OH  43218-3082
16174315   +Summit Merchant Solutions,    Attn: Dawn Lawrence,    100 Throckmorton, Suite 1800,
             Ft. Worth, TX 76102-2802
16174316    Verizon Wireless Midwest Area,    c/o United Collection Bureau, Inc.,    P. O. Box 140190,
             Toledo, OH  43614-0190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16369982      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2011 01:13:07
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16716083      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2011 01:13:06
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16710621      E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2011 01:15:23      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16174312      E-mail/Text: camanagement@mandtbank.com Apr 28 2011 22:40:59       M&T Bank,    P. O. Box 1288,
               Buffalo, NY  14240-1288
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: bchavez           Page 2 of 2           Date Rcvd: Apr 28, 2011
                              Form ID: pdf006         Total Noticed: 27

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2011**                         **Signature:**   *Joseph Speetjens*