**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CABRERA, HECTOR R. § Case No. 10-42554
      CABRERA, ELIZABETH § 
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $18,870.94 | Claims Discharged Without Payment: $259,084.79 |
| Total Expenses of Administration: $8,129.86 | |

    3) Total gross receipts of $ 27,000.80 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $27,000.80
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $483,688.00 | $240,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 4,679.85 | 8,129.86 | 8,129.86 | 8,129.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 295,626.00 | 205,730.03 | 202,911.73 | 18,870.94 |
| **TOTAL DISBURSEMENTS** | $783,993.85 | $453,859.89 | $211,041.59 | $27,000.80 |

    4) This case was originally filed under Chapter 7 on September 23, 2010. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/05/2011    By: /s/CHARLES J. MYLER
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007, mortgage on commercial property at 702-704 | 1110-000 | 27,000.00 |
| Interest Income | 1270-000 | 0.80 |
| **TOTAL GROSS RECEIPTS** | | **$27,000.80** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9S | Harris N.A. | 4110-000 | 247,627.00 | 240,000.00 | 0.00 | 0.00 |
| NOTFILED | Cancun Riviera Maya Club Ecuestre S.A. De C.V. | 4110-000 | 3,061.00 | N/A | N/A | 0.00 |
| NOTFILED | M&T Bank | 4110-000 | 223,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Horacio Rodriguez | 4110-000 | 10,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$483,688.00** | **$240,000.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 3,450.01 | 3,450.01 | 3,450.01 |
| Charles J. Myler | 2200-000 | N/A | 48.60 | 48.60 | 48.60 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 4,631.25 | 4,631.25 | 4,631.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,129.86 | 8,129.86 | 8,129.86 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | N/A | 26,670.27 | 26,670.27 | 2,480.36 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 46,631.00 | 22,865.09 | 22,865.09 | 2,126.47 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,984.74 | 13,984.74 | 1,300.59 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,198.18 | 8,198.18 | 762.44 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,661.17 | 1,661.17 | 154.49 |
| 6 | El Encanto Products | 7100-000 | 100,000.00 | 87,068.02 | 87,068.02 | 8,097.39 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | GE Money Bank | 7100-000 | N/A | 341.55 | 341.55 | 31.76 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | 12,514.00 | 12,513.99 | 12,513.99 | 1,163.81 |
| 9U | Harris N.A. | 7100-000 | 61,437.00 | 29,608.72 | 29,608.72 | 2,753.63 |
| 10 | Citicorp Trust Bank | 7200-000 | N/A | 2,818.30 | 0.00 | 0.00 |
| NOTFILED | Summit Merchant Solutions | 7100-000 | 604.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 15,227.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless Midwest Area c/o United Collection | 7100-000 | 1,409.00 | N/A | N/A | 0.00 |
| NOTFILED | North State Communications | 7100-000 | 769.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 11,198.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 28,498.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank/Sears c/o Monarch Recovery Management, Inc. | 7100-000 | 4,825.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 12,514.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 295,626.00 | 205,730.03 | 202,911.73 | 18,870.94 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-42554  
**Case Name:** CABRERA, HECTOR R.  
CABRERA, ELIZABETH  
**Period Ending:** 08/05/11

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 09/23/10 (f)  
**§341(a) Meeting Date:** 10/25/10  
**Claims Bar Date:** 01/27/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 2006; home mortgage<br>VALUE $ 248,000 | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2007; home equity loan<br>VALUE $ | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | 2008; timeshare in Cancun<br>VALUE $ 2,500 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2009; lien on 2003 Toyota<br>Sienna<br>VALUE $ 10,000 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2007, mortgage on commercial<br>property at 702-704<br>  co-owner to purchase debtor interest in property | 0.00 | 0.00 | | 27,000.00 | FA |
| 6 | attorney in foreclosure<br>proceedings<br>VALUE $ | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.80 | Unknown |
| 7 | **Assets** Totals (Excluding unknown values) | **$0.00** | **$0.00** | | **$27,000.80** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee has received funds from co-owner of North Carolina property to purchase property

**Initial Projected Date Of Final Report (TFR):** March 31, 2011     **Current Projected Date Of Final Report (TFR):** March 31, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 10-42554 | | **Trustee:** | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- | --- |
| **Case Name:** | CABRERA, HECTOR R. | | **Bank Name:** | The Bank of New York Mellon |
| | CABRERA, ELIZABETH | | **Account:** | 9200-******57-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4832 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 08/05/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/09/11 | {5} | Horacio Rodriguez | One-half interest in real estate | 1110-000 | 27,000.00 | | 27,000.00 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 27,000.14 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,000.36 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.22 | | 27,000.58 |
| 05/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.22 | | 27,000.80 |
| 05/27/11 | | To Account #9200******5766 | Transfer to checking | 9999-000 | | 27,000.80 | 0.00 |
| 06/03/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 0.01 |
| 06/03/11 | | Bank of New York Mellon | Transfer adjustment | 9999-000 | | 0.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **27,000.81** | **27,000.81** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 27,000.81 | |
| | | | **Subtotal** | | **27,000.81** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$27,000.81** | **$0.00** | |

{} Asset reference(s)    Printed: 08/05/2011 12:12 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-42554  
**Case Name:** CABRERA, HECTOR R.  
CABRERA, ELIZABETH  
**Taxpayer ID #:** **-***4832  
**Period Ending:** 08/05/11

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******57-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/11 | | From Account #9200******5765 | Transfer to checking | 9999-000 | 27,000.80 | | 27,000.80 |
| 05/27/11 | 101 | CHARLES J. MYLER | Dividend paid 100.00% on $3,450.01, Trustee Compensation;  Reference: | 2100-000 | | 3,450.01 | 23,550.79 |
| 05/27/11 | 102 | Charles J. Myler | Dividend paid 100.00% on $48.60, Trustee Expenses;  Reference: | 2200-000 | | 48.60 | 23,502.19 |
| 05/27/11 | 103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $4,631.25, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,631.25 | 18,870.94 |
| 05/27/11 | 104 | American Infosource Lp As Agent for | Dividend paid   9.30% on $26,670.27; Claim# 1; Filed: $26,670.27; Reference: | 7100-000 | | 2,480.36 | 16,390.58 |
| 05/27/11 | 105 | Chase Bank USA, N.A. | Dividend paid   9.30% on $22,865.09; Claim# 2; Filed: $22,865.09; Reference: 0314,9148,7042,8385 | 7100-000 | | 2,126.47 | 14,264.11 |
| 05/27/11 | 106 | Chase Bank USA, N.A. | Dividend paid   9.30% on $13,984.74; Claim# 3; Filed: $13,984.74; Reference: | 7100-000 | | 1,300.59 | 12,963.52 |
| 05/27/11 | 107 | Chase Bank USA, N.A. | Dividend paid   9.30% on $8,198.18; Claim# 4; Filed: $8,198.18; Reference: | 7100-000 | | 762.44 | 12,201.08 |
| 05/27/11 | 108 | Chase Bank USA, N.A. | Dividend paid   9.30% on $1,661.17; Claim# 5; Filed: $1,661.17; Reference: | 7100-000 | | 154.49 | 12,046.59 |
| 05/27/11 | 109 | El Encanto Products | Dividend paid   9.30% on $87,068.02; Claim# 6; Filed: $87,068.02; Reference: | 7100-000 | | 8,097.39 | 3,949.20 |
| 05/27/11 | 110 | GE Money Bank | Dividend paid   9.30% on $341.55; Claim# 7; Filed: $341.55; Reference: | 7100-000 | | 31.76 | 3,917.44 |
| 05/27/11 | 111 | Fia Card Services, NA/Bank of America | Dividend paid   9.30% on $12,513.99; Claim# 8; Filed: $12,513.99; Reference: 5264/10396734 | 7100-000 | | 1,163.81 | 2,753.63 |
| 05/27/11 | 112 | Harris N.A. | Dividend paid   9.30% on $29,608.72; Claim# 9U; Filed: $29,608.72; Reference: 0035 | 7100-000 | | 2,753.63 | 0.00 |
| 06/03/11 | | Bank of New York Mellon | Transfer adjustment | 9999-000 | 0.01 | | 0.01 |
| 06/17/11 | Int | The Bank of New York Mellon | Interest adjustment | 1270-000 | -0.01 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 27,000.80 | 27,000.80 | $0.00 |
| | Less: Bank Transfers | 27,000.81 | 0.00 | |
| | Subtotal | -0.01 | 27,000.80 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$-0.01** | **$27,000.80** | |

{} Asset reference(s)

Printed: 08/05/2011 12:12 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-42554 | | **Trustee:** | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| **Case Name:** | CABRERA, HECTOR R. | | **Bank Name:** | The Bank of New York Mellon |
| | CABRERA, ELIZABETH | | **Account:** | 9200-******57-66 - Checking Account |
| **Taxpayer ID #:** | **-***4832 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/05/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts : 27,000.80
———————
Net Estate : $27,000.80

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******57-65** | **27,000.81** | **0.00** | **0.00** |
| **Checking # 9200-******57-66** | **-0.01** | **27,000.80** | **0.00** |
| | **$27,000.80** | **$27,000.80** | **$0.00** |

{} Asset reference(s)  Printed: 08/05/2011 12:12 PM  V.12.57